IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:20-CV-00105-M

PHILLIP MINCHEW,
                   Plaintiff,

v.                                    **ORDER**

ANDREW SAUL, *Commissioner of Social Security*,
                   Defendant.

This matter is before the court on the Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [DE-28]. As implied by the title of the motion, both parties have agreed to remanding this case for further administrative proceedings. Accordingly, for good cause shown, the court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this the 27th day of January, 2021.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE